NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alex R. Straus, SBN 321366
astraus@milberg.com
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
280 South Beverly Drive
Beverly Hills, CA 90212
T: 917-471-1894

CLEAR FORM

ATTORNEY(S) FOR: Plaintiffs, Jonathan Cohen, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN HOROWITZ and DALIT COHEN, et al.

Plaintiff(s),

v.

JOHNSON AND JOHNSON CONSIMER, INC.

Defendant(s)

CASE NUMBER:

2:22-cv-02432

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiffs, Jonathan Horowitz and Dalit Cohen, et al.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jonathan Horowitz | Plaintiff |
| Dalit Cohen | Plaintiff |
| Johnson and Johnson Consumer, Inc. | Defendant |

4/13/2022

Date

/s/ Alex R. Straus

Signature

Attorney of record for (or name of party appearing in pro per):