Name and address:
Maxwell K. Weiss
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2711
Facsimile: (212) 336-7946

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JONATHAN HOROWITZ and DALIT COHEN, et al.,

Plaintiff(s)

v.

JOHNSON AND JOHNSON CONSUMER INC.,

Defendant(s).

CASE NUMBER

2:22-cv-02432-AB-PVC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Weiss, Maxwell K.   of   Patterson Belknap Webb & Tyler LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1133 Avenue of the Americas
(212) 336-2711   (212) 336-7946   New York, NY 10036
*Telephone Number*   *Fax Number*
maweiss@pbwt.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Johnson and Johnson Consumer Inc.

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

and designating as Local Counsel

Rene P. Tatro   of   Tatro Tekosky Sadwick LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   333 S. Grand Avenue, Suite 4270
78383   (213) 225-7171   (213) 225-7151   Los Angeles, CA 90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
renetatro@ttsmlaw.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:   ☐ Applicant resides in California;   ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:   ☐ is not member of Bar of this Court;   ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:   ☐ be refunded   ☐ not be refunded.

Dated _____   _____
   U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2022, I electronically filed

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* – (Maxwell K. Weiss)**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Alex R. Straus, Esq.                                *Attorneys for Plaintiff*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
280 S. Beverly Drive
Beverly Hills, CA  90212
astraus@milberg.com

                                                      /s/ *Karen L. Roberts*
                                                      Karen L. Roberts