Alex R. Straus (SBN 321366)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
(917) 471-1894 (phone)
(615) 921-6501 (fax)
astraus@milberg.com

*Attorneys for Plaintiff*

*Additional counsel on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HOROWITZ and DALIT COHEN, on behalf of themselves and all others similarly situated<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON AND JOHNSON CONSUMER INC.,<br><br>    Defendant. | Case No. 2:22-cv-02432<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED R. CIV. PRO. 41(a)(1)(A)(i)** |

1  TO THE CLERK OF THE CENTRAL DISTRICT OF CALIFORNIA
2  AND ALL COUNSEL OF RECORD:

3   **PLEASE TAKE NOTICE** Plaintiffs Jonathan Horowitz and Dalit Cohen, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice the dismissal of their Class Action Complaint against Defendant Johnson and Johnson Consumer Inc. with prejudice as to Plaintiffs' individual claims, but without prejudicing any claims of absent putative class members. Plaintiffs and Defendant agree that each party shall be responsible for his/her/its own fees and costs.

Dismissal is proper under Rule 41(a)(1)(A)(i), as Defendant has not served its answer or a motion for summary judgment in this action. A class has not been certified in this action; thus, this voluntary dismissal does not implicate the requirements of Rule 23(e). FED. R. CIV. P. 23(e) ("The claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval."); Committee Notes on Rule 23 – 2003 Amendment ("The new rule requires approval only if the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise.").

Therefore, pursuant to Rule 41(a)(1)(A)(i), Plaintiffs may notice dismissal of this case, without leave of the Court.

Dated: August 31, 2022          Respectfully submitted,

                                **MILBERG COLEMAN BRYSON**
                                **PHILLIPS GROSSMAN PLLC**

                                */s/ Alex R. Straus*
                                Alex R. Straus (SBN 321366)
                                280 S. Beverly Drive
                                Beverly Hills, CA 90212
                                (917) 471-1894 (phone)
                                (615) 921-6501 (fax)
                                astraus@milberg.com
                                *Attorneys for Plaintiffs*